FILED

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF WEST VIRGINIA

NOV **0 4** 2020

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **v.** | **Criminal No.** _1:20cr 85_ |
| **QUADIRI AYODELE, FRANCISCO MASIAS, and JOANNA MASIAS,** | **Violations:** 18 U.S.C. § 2 |
| **Defendants.** | 18 U.S.C. § 371<br>18 U.S.C. § 1001<br>18 U.S.C. § 1791(a)(1)<br>18 U.S.C. § 1791(a)(2)<br>18 U.S.C. § 1791(b)(1) |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

### (Conspiracy to Introduce and Obtain a Prohibited Object (Narcotic))

On or about March 17, 2019, through on or about April 6, 2019, in Gilmer County, in the Northern District of West Virginia, the defendants **QUADIRI AYODELE** and **FRANCISCO MASIAS**, inmates in the custody of the Bureau of Prisons at the Federal Correctional Institution Gilmer, and **JOANNA MASIAS** did combine, conspire, confederate and agree to commit an offense against the United States, that is, to knowingly provide an inmate at Federal Correctional Institution Gilmer, a federal correctional facility, and obtain a prohibited object, that is, suboxone, a schedule III narcotic controlled substance, without the knowledge and consent of the warden of said facility, in violation of Title 18, United States Code, Sections 1791(a)(1), 1791(a)(2), and 1791(b)(1).

1

<u>OVERT ACTS</u>

In furtherance of the conspiracy and to achieve the objects thereof, the defendants and others known and unknown to the Grand Jury, committed and caused to be committed the following overt acts in the Northern District of West Virginia:

1. On March 30, 2019, **FRANCISCO MASIAS** emailed **JOANNA MASIAS** and told her that he "made the deal baby… there's no taking it back";

2. On or about April 3, 2019, **JOANNA MASIAS** booked a hotel in advance of her visit to Federal Correctional Institution Gilmer;

3. On April 4, 2019, **QUADIRI AYODELE** called and provided an unknown male a call-forwarding number for **JOANNA MASIAS** and asked the unknown male to call and tell the woman to bring drugs, including how to package and conceal the drugs;

4. On April 5, 2019, **FRANCISCO MASIAS** emailed **JOANNA MASIAS** and told her that he "really hate that [he] made that deal with dude and them but [he] been had the =m [sic] waiting 2 weeks already";

5. On April 5, 2019, **JOANNA MASIAS** emailed **FRANCISCO MASIAS** and agreed to visit Federal Correctional Institution Gilmer that coming weekend;

6. On April 5, 2019, **FRANCISCO MASIAS** emailed **JOANNA MASIAS** and told her that he was "sorry but [he] made a deal" and asked her to "please dont [sic] make [him] look bad";

7. On or about April 5, 2019, **JOANNA MASIAS** obtained a prohibited object, that is, suboxone, a schedule III narcotic controlled substance;

8. On or about April 6, 2019, **JOANNA MASIAS** traveled to Federal Correctional Institution Gilmer;

9. On April 6, 2019, **JOANNA MASIAS** completed a BP-A0224, making a materially false statement that she was not possessing a narcotic, as further described in Count Three of the

Indictment.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

**(Attempt to Introduce a Prohibited Object (Narcotic))**

On or about April 6, 2019, in Gilmer County, in the Northern District of West Virginia, defendant **JOANNA MASIAS**, aided and abetted by defendants **QUADIRI AYODELE** and **FRANCISCO MASIAS**, knowingly and intentionally attempted to provide a prohibited object, that is, suboxone, a schedule III narcotic controlled substance, to an inmate at Federal Correctional Institution Gilmer, a federal correctional facility, without the knowledge and consent of the warden of said facility, in violation of Title 18, United States Code, Sections 2, 1791(a)(1) and 1791(b)(1).

## COUNT THREE

**(False Statement to a Federal Agency)**

On or about April 6, 2019, in Gilmer County, in the Northern District of West Virginia, defendant

**JOANNA MASIAS** did willfully and knowingly make and use a false writing and document, knowing

the same to contain a materially false, fictitious, and fraudulent statement and entry in a matter within

the jurisdiction of the executive branch of the Government of the United States, by completing a BP-

A0224 that represented that she did not possess a narcotic, well knowing and believing that she possessed

a narcotic, that is, suboxone, a schedule III narcotic controlled substance, in violation of Title 18, United

States Code, Section 1001(a)(3).

A true bill,


/s/_____
Grand Jury Foreperson




/s/_____
WILLIAM J. POWELL
United States Attorney

Christopher L. Bauer
Assistant United States Attorney